IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANTONIO SANTIAGO-NEGRÓN, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 21-1267 (GLS) |

**ORDER**

  Plaintiff Antonio Santiago-Negrón ("Plaintiff") filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits. Docket No. 1. The Commissioner filed an answer to the Complaint and the transcript of administrative proceedings. Docket Nos. 10 and 11. On January 28, 2022, Plaintiff submitted a memorandum of law in support of his request to reverse the Commissioner's administrative decision or remand the case for further administrative proceedings. Docket No. 15. However, the Commissioner moved the Court to enter an order reversing its final decision and remanding Plaintiff's case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 16. Plaintiff consented to the Commissioner's request. Id.

  In view of the foregoing, the Commissioner's motion is **GRANTED**, and the case is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g). Judgment shall be entered accordingly.

  **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of February 2022.

s/Giselle López-Soler<br>
GISELLE LÓPEZ-SOLER<br>
United States Magistrate Judge