IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANTONIO SANTIAGO-NEGRÓN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL No. 21-1267 (GLS) |

**ORDER**

      Plaintiff Antonio Santiago-Negrón filed a Complaint seeking review of a final decision of the Commissioner of Social Security denying his application for disability insurance benefits. Docket No. 1. The Commissioner submitted an answer to the Complaint (Docket No. 10), but later moved the Court to enter an order reversing its final decision and remanding Plaintiff's case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 16. Plaintiff consented to the Commissioner's request. Id. On February 9, 2022, the Court granted the Commissioner's request and entered Judgment remanding Plaintiff's disability insurance benefits claim for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g). Docket Nos. 17 and 18.

      Plaintiff moved for attorney's fees in the amount of $5,314.00 pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412(d). Docket No. 19. The Commissioner did not object to Plaintiff's request. Docket No. 20. The Court therefore **GRANTS** Plaintiff's request for attorney's fees against the United States of America in the total amount of **$5,314.00**.

      **IT IS SO ORDERED.**

      In San Juan, Puerto Rico, this 31st day of March 2022.

s/Giselle López-Soler<br>
GISELLE LÓPEZ-SOLER<br>
United States Magistrate Judge